# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 15, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

155583

OCTAVIAN FLY,

       Plaintiff,

v

                                      SC: 155583
                                      AGC: 16-1616; 17-0471

ATTORNEY GRIEVANCE COMMISSION,

       Defendant.
_____/

       On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of April 11, 2017, the Clerk of the Court is hereby directed to close this file.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 15, 2017



                      Clerk